JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DAWNTAY ELLIS, | Case No. CV 20-0043 FMO |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE STATE OF CALIFORNIA, | |
| Respondent. | |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 31st day of January, 2020.

                                                      /s/
                                     Fernando M. Olguin
                                  United States District Judge